UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT WESTON,<br><br>    Plaintiff,<br><br>vs.<br><br>SIMON'S AGENCY, INC,<br><br>    Defendant. | Case No.:   5:16-cv-600 (GLS/TWD) |

## COMPLAINT

Plaintiff, Robert Weston, on behalf of himself (hereinafter "Plaintiff"), by and through his undersigned attorney, hereby sues Defendant, Simon's Agency Inc. (hereinafter "Defendant"), and alleges as follows:

## PRELIMINARY STATEMENT

1. This is an action for damages arising from Defendants violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. ("FDCPA").

## JURSIDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. §1331.

3. Venue is proper in this district under 28 U.S.C §1391(b).

## PARTIES

4. Plaintiff is a natural person, who at all relevant times has resided in Bridgeport, New York, and is a "consumer" as used and defined under 15 U.S.C. § 1692(a) of the FDCPA.

5. Defendant is a New York corporation with its principle place of business as 4963 Wintersweet Drive in Liverpool, New York 13088.

6. Defendant is a "debt collector" collecting consumer debts as used and defined under 15 U.S.C. § 1692(a) of the FDCPA.

## FACTUAL STATEMENT

7. On or about June 2, 2015, Plaintiff began to receive phone calls to his residential phone line.

8. The calls were made by Defendant, in attempt to collect on an alleged debt.

9. Upon information and belief, the debt in question arises from transactions for personal, family, or household purposes.

10. During the call, Defendant sought to reach Plaintiff's son.

11. Plaintiff told Defendant that Plaintiff's son does not live with him, and has not lived with him for many years, and so Defendant should stop calling him.

12. Thereafter, on two other occasions, Defendant called Plaintiff looking for his son. Again Plaintiff informed Defendant that he does not live there, and he no longer wants to receive calls about his son.

13. Despite this, Defendant continued to call Plaintiff over a dozen times.

14. The frequency and persistence of Defendant's calls were an attempt to induce payment by means of harassment, annoyance, and abuse.

## COUNT I
## VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. § 1692 *et seq.*

15. Plaintiff repeats, realleges, and reasserts the allegations contained in paragraphs 1 through 15 above and incorporates them as if specifically set forth at length herein.

16.     Defendant engaged in abusive and unfair collection practices, in violation of 15 U.S.C. §§1692d, and 1692f, by consistently calling the wrong debtor after being notified of their error on numerous occasions.

17.     Defendant's actions violate 15 U.S.C. § 1692d(5) which prohibits causing a telephone to ring or engaged any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number.

18.     Defendant's actions violate 15 U.S.C. § 1692f which prohibits unfair or unconscionable means to collect or attempt to collect any debt.

19.     As a direct result of Defendant's actions, Plaintiff has been damaged.

**WHEREFORE**, Plaintiff, ROBERT WESTON, respectfully requests that this Court enter judgment against Defendant, and on behalf of Plaintiff, and requests the following:

   a.   That an Order be entered declaring Defendant's actions, as described above, in violation of the FDCPA;

   b.   That a Judgment be entered against Defendant for actual damages, pursuant to 15 U.S.C. §1692k(a)(1);

   c.   That a Judgment be entered against Defendant for statutory damages, pursuant to 15 U.S.C. §1692k(a)(2)(A) and (B), in the amount of $1,000.00;

   d.   That this Court award costs and reasonable attorneys' fees, pursuant to 15 U.S.C. §1692k (a)(3); and

   e.   That this Court grant such other and further relief as may be just and proper.

## JURY TRIAL DEMAND

Plaintiff demands a jury trial on all issues so triable.

Dated this 23rd day of May, 2016

                                            Respectfully Submitted,

                                            s/ Matthew T. Sheffield Esq._____
                                            Matthew T. Sheffield Esq.
                                            Bar No. 518910
                                            Law Offices of Michael Lupolover
                                            120 Sylvan Avenue, Suite 300
                                            Englewood Cliffs, NJ 07632
                                            (T) (201) 461-0059
                                            (F) (201) 608-7116
                                            (E) ms@lupoloverlaw.com