UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ROBERT WESTON,

        Plaintiff,

vs.

SIMON'S AGENCY, INC.,

        Defendants.

---

Case No.: 5:16-cv-00600-GLS-TWD

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Robert Weston (hereinafter "Plaintiff"), and Simon's Agency, Inc., (hereinafter "Defendant") hereafter collectively "the Parties," state as follows:

**WHEREAS**, Plaintiff filed a complaint on May 24, 2016 and an amended complaint on June 22, 2016, alleging that Defendants violated 15 U.S.C. § 1695, and,

**WHEREAS**, on July 15, 2016 Defendant's filed an Answer with Affirmative Defenses; and

**WHEREAS** Plaintiff wishes to discontinue the action and no longer pursue same; it hereby

**AGREED** that Plaintiff, ROBERT WESTON and Defendant, SIMON'S AGENCY, INC., by and through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

Respectfully submitted, this 20th day of January, 2017.

| | |
|---|---|
| **ZEMEL LAW, LLC** | **FABIANO LAW, P.C.** |
| By: /s/ Daniel Zemel | By: /s/ Francesco Fabiano |
| DANIEL ZEMEL, Esq. | FRANCESCO FABIANO |
| Bar Roll #: 520100 | Bar Roll #: 501184 |
| Mailing Address | Mailing Address: |
| 70 Clinton Ave., Suite 3 | 5640 E. Taft Rd., #2025 |
| Newark, New Jersey 07114 | Syracuse, New York 13220 |
| Main (862) 227-3106 | Main (315) 453-9535 |
| dz@zemellawllc.com | Fax (315) 461-4711 |
| Attorney for Plaintiff | ffabiano@fabianolaw.com |
| Robert Weston | Attorneys for Defendant |
| | Simon's Agency, Inc. |

IT IS SO ORDERED.

*Norman A. Mordue*
Norman A. Mordue
Senior U.S. District Judge